FEB 14 2003

Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

February 12, 2003.
BRUCE RIFKIN, Clerk
By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. **CR03-5136 RJB** |
| Plaintiff, | |
| v. | INDICTMENT |
| JAMES DAVID BRAILEY, JR, | |
| Defendant | |

The Grand Jury charges that

On or about January 15, 2003, at Olympia, within the Western District of Washington, JAMES DAVID BRAILEY, JR., having been convicted of a misdemeanor crime of domestic violence, to wit, Aggravated Assault, in Summit County District Court, State of Utah, cause number 93-1419 on October 27, 1993, did knowingly possess in and affecting interstate commerce, a firearm, that is, an Intra-Arms .44 caliber magnum revolver, serial number S17510, and a Colt .380 caliber semi-automatic pistol, serial number 80677, which had been shipped and transported in interstate commerce

//
//
//

CR 03-05136  #00000009

INDICTMENT/BRAILEY - 1

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1  All in violation of Title 18, United States Code, Section 922(g)(9)

2  A TRUE BILL: Yes

3  DATED: 2/12/03

4  

5  _____
    FOREPERSON

6  LESLIE LEVIN

7  

8  _____
   JOHN McKAY
   United States Attorney

10 

11 _____
   ANDREW R. HAMILTON

12 Assistant United States Attorney

13 

14 _____
   JOHN LULEJIAN

15 Assistant United States Attorney

INDICTMENT/BRAILEY - 2