UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JAMES BRAILEY,<br><br>Defendant - Appellant. | No. 04-30083<br>D.C. No. CR-03-05136-RJB<br><br>**JUDGMENT** |

Appeal from the United States District Court for the Western District of Washington (Tacoma).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Western District of Washington (Tacoma) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered Thursday, May 19, 2005

03-CR-05136-MAN

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUN 10 2005

by: Deputy Clerk